UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,
and Bernard L. Madoff,

                       Plaintiff,      20 Civ. 2560 (LGS)

        -against-

                                    **ORDER**

JAMES GREIFF,

                       Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that Plaintiff shall file a response to Defendant's Motion to Withdraw the Bankruptcy Reference (Dkt. No. 1) by **April 20, 2020.**

Dated: April 6, 2020
       New York, New York

                                                              **LORNA G. SCHOFIELD**
                                                   **UNITED STATES DISTRICT JUDGE**