UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
IRVING H. PICARD, Trustee for the Liquidation               :
of Bernard L. Madoff Investment Securities LLC,             :
and Bernard L. Madoff,                                      :
                                                            :
                            Plaintiff,                      :   20 Civ. 2560 (LGS)
                                                            :
            -against-                                       :
                                                            :   **ORDER**
JAMES GREIFF,                                               :
                                                            :
                            Defendant.                      :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

   WHEREAS, on June 4, 2020, the Court denied Defendant's motion to withdraw the bankruptcy reference (Dkt. No. 9). It is hereby

   **ORDERED** that the Clerk of Court is respectfully directed to close the case.

Dated: June 15, 2020
       New York, New York

                                              _____
                                              **LORNA G. SCHOFIELD**
                                              **UNITED STATES DISTRICT JUDGE**